WILLIAM E. DUFFIN
U.S. MAGISTRATE JUDGE



# COMPLAINT

(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 AUG -6 P 12: 14

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Karl Peterson

v.

(Full name of defendant(s))

William John Kratyko

Case Number:

**26-C-1349**

(to be supplied by Clerk of Court)

A.   PARTIES

1.   Plaintiff is a citizen of _United States_ and resides at
(State)

_535 2c Concordia ave Milwaukee WI 53212-1959_
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant _____
(Name)

Case 2:26-cv-01349-WED    Filed 08/06/26    Page 1 of 5    Document 1

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something. Federal Rules of Civil Procedure 8(a)(3)

Damages to be compensated include

Lost wages due to time spent in Pretrial incarceration

Cost of bail bond

Medical or psychological therapy cost-P.T.S.D

Other financial loss

Non-economic damages

Pain & Suffering,

humiliation

Loss of Reputation

Embarrassment & emotional distress

Punitive damages

is (if a person or private corporation) a citizen of *United States*

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

1. William John Kratzke - Landlord

2. Kratzke + Tenants Dan Anthony Pangallo and Bruce routinely tressing into disabled Sisters apt.

3. after Kratzke barred Plaintiff from all contact with Sister

4.

5. Repeatly implored by Pangallo to rape Sister Kratzke "eh we always do this" because laughing and made grinding gesture

Complaint – 2

# Note

Please read enclosed Complaint

## E.   JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20**26** .

Respectfully Submitted,

*Karl Peterson*

Signature of Plaintiff

**414  933-8633**

Plaintiff's Telephone Number

_____

Plaintiff's Email Address

_____

*535 W. Concordia Ave, #105 Milwaukee WI*
*53212-195*
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.