**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**KARL PETERSON,**

**Plaintiff,**

**v.** **Case No. 26-CV-1349**

**WILLIAM JOHN KRATZKE,**

**Defendant.**

## RECOMMENDATION AND ORDER

On August 6, 2026, Karl Peterson filed this civil action against his landlord, William John Kratzke. (ECF No. 1.) On August 12, 2026, the court ordered the claims dismissed without prejudice and gave Peterson until September 4, 2026, in which to file an amended complaint if he chose to do so. (*Id.* at 7.) That deadline has passed and the court has not received anything from Peterson.

Based on these circumstances, the court concludes that Peterson is no longer interested in pursuing this action. Because not all parties have had the opportunity to consent to the jurisdiction of a magistrate judge, the Clerk of Court will randomly assign the case to a district judge for consideration of this court's recommendation that the action be dismissed. *See Coleman v. Labor & Indus. Review Comm'n*, 860 F.3d 461, 475 (7th Cir. 2017) (holding that a magistrate judge cannot "resolve the case finally" "unless all parties to the action have consented to the magistrate judge's authority").

**IT IS THEREFORE RECOMMENDED** that Peterson's amended complaint and this action be dismissed pursuant to Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(c).

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b)(2), any written objections to any recommendation herein or part thereof shall be filed within fourteen days of service of this recommendation. Failure to timely object waives a party's right to review.

Dated at Milwaukee, Wisconsin this 14th day of September, 2026.

William E. Duffin

WILLIAM E. DUFFIN
U.S. Magistrate Judge