**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**KARL PETERSON,**
**Plaintiff,**

**v.** **Case No. 26-CV-1349**

**WILLIAM JOHN KRATZKE,**
**Defendant.**

---

## ORDER

On August 12, 2026, Magistrate Judge William E. Duffin screened the pro se plaintiff's complaint, dismissed it without prejudice, and gave plaintiff until September 4, 2026, to file an amended complaint. ECF No. 4. Plaintiff did not file anything in response to that order. On September 14, 2026, Magistrate Judge Duffin issued a report and recommendation, recommending that I dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and Civil Local Rule 41(c). ECF No. 5. Plaintiff has not objected to the recommendation. Having reviewed the complaint, the screening order, and the recommendation *de novo*, I agree with Judge Duffin's recommendation and will fully accept it. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b)(3).

Accordingly, **IT IS ORDERED** that Magistrate Judge Duffin's recommendation is **ACCEPTED**, and this case is **DISMISSED** for lack of diligence and failure to prosecute. The Clerk of Court shall enter final judgment.

Dated at Milwaukee, Wisconsin, this 16th day of October, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge